# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TEREZA BRAVO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHIL,[1]<br>Acting Commissioner of Social Security,<br>　　　　　Defendant. | Case No. CV 16-5741 SS<br><br>**JUDGMENT** |

IT IS ADJUDGED that the decision of the Commissioner is AFFIRMED and that the above-captioned action is dismissed with prejudice.

DATED: June 8, 2017

　　　　　　　　　　　　　　　　/S/
　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Nancy A. Berryhill, Acting Commissioner of Social Security, is substituted for her predecessor Carolyn W. Colvin, whom Plaintiff named in the Complaint. See Fed. R. Civ. P. 25(d).